IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWIGHT CAMPBELL, | : |
|     Petitioner | : |
|   v. | : Case No. 3:25-cv-101-KAP |
| SUPERINTENDENT S.C.I. DALLAS, | : |
|     Respondent | : |

<u>Memorandum Order</u>

Petitioner Dwight Campbell's "Motion to vacate…" at ECF no. 15, is denied. Construed as a motion under Rule 59 it is timely, but it lacks any merit, and no certificate of appealability is issued for the reasons stated in my filing at ECF no. 14. The motion is labeled as if it also is intended to apply to Campbell's pending case at Case No. 3:25-cv-7-SLH-KAP, and this denial is without any applicability to that case.

DATE: August 22, 2025

                                             Keith A. Pesto,
                                             United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Dwight Campbell QP-4379
S.C.I. Dallas
1000 Follies Road
Dallas, PA 18612